IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BUTTERFLYMX, INC.,<br><br>    Defendant. | Court No. 1:24-cv-00602-JCG |
| LUXER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PACKAGE CONCIERGE, INC.,<br><br>    Defendant. | Court No. 1:24-cv-00603-JCG |
| LUXER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PARCEL PENDING, INC.,<br><br>    Defendant. | Court No. 1:24-cv-00604-JCG |

**ORDER**

Upon consideration of the Proposed Scheduling Order in <u>Luxer Corporation v. Package Concierge, Inc.</u>, Case No. 1:24-cv-603 (D.I 24), the Proposed Scheduling Order in <u>Luxer Corporation v. Parcel Pending, Inc.</u>, Case No. 1:24-cv-604 (D.I. 18), the Parties' representations

during the October 1, 2024 joint scheduling conference, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant ButterflyMX, Inc. shall file its Answer and any Motions to Dismiss in Luxer Corporation v. ButterflyMX, Inc., Case No. 1:24-cv-602, on or before October 24, 2024.  Plaintiff Luxer Corporation shall file its response to any Motions to Dismiss on or before November 21, 2024.  Defendant ButterflyMX, Inc. shall file its reply on or before December 5, 2024; and it is further

**ORDERED** that a joint oral argument on Defendant Package Concierge, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), Luxer Corporation v. Package Concierge, Inc., Case No. 1:24-cv-603 (D.I 15), Defendant Parcel Pending, Inc.'s Motion to Dismiss Plaintiff Luxer Corporation's Complaint, Luxer Corporation v. Parcel Pending, Inc., Case No. 1:24-cv-604 (D.I. 11), and any Motion to Dismiss filed by Defendant ButterflyMX, Inc. in Luxer Corporation v. ButterflyMX, Inc., Case No. 1:24-cv-602, shall be held on December 16, 2024 at 1:00 PM at the J. Caleb Boggs Federal Building; and it is further

**ORDERED** that the Proposed Scheduling Order in Luxer Corporation v. Package Concierge, Inc., Case No. 1:24-cv-603 (D.I 24) is denied; and it is further

**ORDERED** that the Proposed Scheduling Order in Luxer Corporation v. Parcel Pending, Inc., Case No. 1:24-cv-604 (D.I. 18) is denied; and it is further

**ORDERED** that Plaintiff Luxer Corporation, Defendant ButterflyMX, Inc., Defendant Package Concierge, Inc., and Defendant Parcel Pending, Inc. shall meet and confer and file on or before October 24, 2024 a single Joint Proposed Scheduling Order for each of the above captioned cases.  The Joint Proposed Scheduling Order shall be filed to the docket in each case.  If the Parties are unable to agree upon a Joint Proposed Scheduling Order, each Party shall file a

Proposed Scheduling Order by the deadline and contact my Case Manager, Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov, to arrange a conference with the Court.

    IT IS SO ORDERED this 2nd day of October, 2024.

                               /s/ Jennifer Choe-Groves
                               Jennifer Choe-Groves
                               U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.