IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXER CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>BUTTERFLYMX, INC.,<br><br>           Defendant. | Civil Action No.  24-602-JCG |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed protective order is extended to December 6, 2024.

1

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Andrew E. Russell*<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Emily S. DiBenedetto (#6779)<br>Lindsey M. Gellar (#7202)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>lgellar@shawkeller.com | */s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendant ButterflyMX, Inc.* |

OF COUNSEL:

Michael A. Albert
Jason W. Balich
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
malbert@wolfgreenfield.com
jbalich@wolfgreenfield.com

*Attorneys for Plaintiff Luxer Corporation*

November 20, 2024


      SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE