IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-602 (JCG) |
| | ) |
| BUTTERFLYMX, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant ButterflyMX, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on November 27, 2024, upon the following in the manner indicated:

Karen E. Keller, Esquire                                                          *VIA ELECTRONIC MAIL*
Andrew E. Russell, Esquire
Emily S. DiBenedetto, Esquire
Lindsey M. Gellar, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Jason W. Balich, Esquire                                                          *VIA ELECTRONIC MAIL*
Michael Albert, Esquire
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue, 23rd Floor
Boston, MA  02210
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Richard G. Frenkel<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>(650) 328-4600<br><br>Gregory K. Sobolski<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>(415) 391-0600<br><br>Nicole Elena Bruner<br>Gabriel K. Bell<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004<br>(202) 637-2200<br><br>November 27, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jeremy A. Tigan (#5239)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>began@morrisnichols.com<br><br>*Attorneys for Defendant ButterflyMX, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 27, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>Emily S. DiBenedetto, Esquire<br>Lindsey M. Gellar, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason W. Balich, Esquire<br>Michael Albert, Esquire<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue, 23rd Floor<br>Boston, MA  02210<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                            */s/ Jeremy A. Tigan*

                                            Jeremy A. Tigan (#5239)