

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

December 10, 2024

**BY CM/ECF & FED EX**
The Honorable Jennifer Choe-Groves
Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

    Re:   *Luxer Corporation v. Butterfly MX, Inc.*, Case No. 24-602-JCG

Dear Judge Choe-Groves,

    Plaintiff Luxer Corporation writes to provide the Court a copy of the Federal Circuit's recently-issued opinion in *Contour IP Holding LLC v. GoPro, Inc.*, 113 F.4th 1373 (Fed. Cir. 2024), in advance of Monday's oral argument. Pages 6-7 of the copy attached as Exhibit A are relevant to arguments made in defendant ButterflyMX's reply brief.

                               Respectfully submitted,

                                 */s/ Andrew E. Russell*

                               Andrew E. Russell (No. 5382)

Enclosure

cc:    Clerk of Court (by CM/ECF)
        All Counsel of Record (by CM/ECF & Email)